# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4939 | **DATE** | 4/11/2012 |
| **CASE TITLE** | Anthony R. Leon v. Jacobson Transportation Company Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendant's motion for summary judgment [41] is granted. Court enters judgment in favor of defendant and against plaintiff.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CW |
|---|---|---|